

# Fourth Court of Appeals
## San Antonio, Texas

July 30, 2015

No. 04-15-00429-CV

**IN RE** Ronald J. **REYES** Jr.

Original Mandamus Proceeding[1]

### ORDER

Sitting:      Sandee Bryan Marion, Chief Justice
             Karen Angelini, Justice
             Patricia O. Alvarez, Justice

On July 29, 2015 real parties in interest Jim and Terri Rice filed an unopposed motion for extension of time to file a response to the petition for writ of mandamus. The motion is GRANTED. A response on behalf of the real parties in interest is now due by August 31, 2015.

It is so **ORDERED** on July 30, 2015.

**PER CURIAM**

ATTESTED TO: _____
                 Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. 2015-CI-06251, styled *In the Interest of P.R.R., A Child*, pending in the 73rd Judicial District Court, Bexar County, Texas, the Honorable Stephani A. Walsh presiding. Judge Walsh rendered the challenged order on May 8, 2015, which was later reduced to a written order and signed by Judge Karen Pozza.